IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Luisa Hernandez Sotelo, | No. CV-26-00214-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter be reassigned, by random lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Sharad H. Desai. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-25-00214-PHX-SHD.

Dated this 20th day of January, 2026.

*(signature)*
Honorable Krissa M. Lanham
United States District Judge